Law Office of William E. Kennedy
William E. Kennedy (CSB# 158214)
Marco P. Quintana (CSB# 237295)
2797 Park Ave., Ste. 201
Santa Clara, CA  95050
408-241-1000 phone
408-241-1500 fax
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEVIN COOK, §<br>　　　　Plaintiffs, §<br>　　　　　　　　　　§<br>　　vs. §<br>　　　　　　　　　　§<br>FEDERAL CREDIT CORP, §<br>　　　　Defendant §<br>　　　　　　　　　　§ | Civil Action No.: C06-3027 SBA<br><br>STIPULATION TO EXTENSION OF ANSWER DATE |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

　　　Kevin Cook, Plaintiff, hereby stipulates to an extension of time until July 7, 2006, for Defendant to file its answers in this case.

　　　Signed this __16__ day of __June_____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of William E. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　　　　William E. Kennedy (CSB# 158214)
　　　　　　　　　　　　　　　　　　　　　　　　　　Marco P. Quintana (CSB# 237295)
　　　　　　　　　　　　　　　　　　　　　　　　　　2797 Park Ave., Ste. 201
　　　　　　　　　　　　　　　　　　　　　　　　　　Santa Clara, CA  95050
　　　　　　　　　　　　　　　　　　　　　　　　　　408-241-1000 phone
　　　　　　　　　　　　　　　　　　　　　　　　　　408-241-1500 fax

　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

APPROVED this 21st day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　____Sandra B. Armstrong____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE