CHAD STEUR-CA Bar #150592
CHAD STEUR LAW, LLC
Attorney for Defendant
142 East 200 South, Suite 312
Salt Lake City, Utah 84111
Telephone: (801) 746-1277

FILED

NOV 30 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KEVIN COOK,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL CREDIT CORP.,<br><br>Defendants. | **ORDER PERMITTING CHANGE IN MEDIATION DATE OR FOR TELEPHONIC APPEARANCE**<br><br>Case No. C06-3027 JL |

Pursuant to Civil L.R. 7-1 and FRCP Rule 60(b), and based upon the Request for Change in Mediation Date or for Telephonic Appearance, of counsel for Defendant Federal Credit Corp.,

IT IS HEREBY ORDERED that:

☒ Counsel meet and confer with the mediator and select a new mediation date.

☐ Gary Williky, the President and authorized representative of Defendant Federal Credit Corp., may appear telephonically.

DATE: 11-30-06

Honorable James Larson
~~Chief~~ Magistrate Judge   *Wayne D. Brazil*