LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff KEVIN COOK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN COOK, <br><br> Plaintiff <br><br> v. <br><br> FEDERAL CREDIT CORP., <br><br> Defendant. | Case No.: C06-03027 JP <br><br> [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE <br><br> Date: January 24, 2007 <br> Time: 10:30 a.m. <br> Judge: Hon James Larson |

Pursuant to Civil Local Rule 16-10, and based upon the Request for Telephonic Appearance of counsel for Plaintiff, KEVIN COOK,

IT IS HEREBY ORDERED that counsel for Plaintiff may appear telephonically at the Case Management Conference scheduled for January 24, 2007.

DATE: January 22, 2007 _____

_____
Honorable
Chief Judge

*IT IS SO ORDERED*
*Judge James Larson*

[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE Case No. C06-03027 JL

1