AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN COOK,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: C06-3027

FEDERAL CREDIT CORPORATION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The complaint be dismissed with prejudice. Plaintiff shall take nothing by his complaint and defendant recover taxable costs/

| 3/10/2008 | RICHARD W. WEIKING |
|---|---|
| Date | Clerk |

Wings Hom

(By) Deputy Clerk